**PRISONER CASE** (CAT 3)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet



FILED
Aug 27, 2008
AUG 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** LENELL SMITH | **Defendant(s):** BUREAU OF PRISONS, et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>Lenell Smith<br>#02597-424<br>1515 West Monroe<br>Chicago, IL 60434 | **Defendant's Attorney:**<br>Unites States Attorney's Office<br>219 South Dearborn Street<br>Chicago, IL 60604 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [✓] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV4900**
**JUDGE MANNING**
**MAG. JUDGE COX**

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2241

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** M. Burke   **Date:** 8/27/08